

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00182-CV

**IN THE INTEREST OF D.L.A. Jr.**, D.L.A.R., B.B.R., B.L.A.R., and J.R.

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01942
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

We ORDER no costs assessed against appellants because they are indigent.

SIGNED September 18, 2018.

Luz Elena D. Chapa, Justice